UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| AMALIA TERRY LOPEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: 1:24-cv-00676-SAB<br><br>ORDER RE STIPULATION FOR AN EXTENSION OF TIME<br><br>(ECF No. 14) |

On October 4, 2024, the parties filed a stipulation to extend time for Defendant to file a response to Plaintiff's motion for summary judgment. (ECF No. 14.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant shall file a response to Plaintiff's motion for summary judgment on or before **October 23, 2024**; and

2. Plaintiff's reply, if any, shall be filed on or before **November 6, 2024**.

IT IS SO ORDERED.

Dated: __**October 4, 2024**__　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1