# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMALIA TERRY LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:24-cv-00676-SAB<br><br>ORDER REGARDING STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)<br><br>(ECF No. 19) |

On January 7, 2025, the parties filed a stipulation for the award and payment of attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C.§ 2412(d).  (ECF No. 19.)

Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney fees in the amount of SIX THOUSAND DOLLARS AND 00/100 ($6,000.00) under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of ZERO dollar ($0.00) under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:  **January 8, 2025**

STANLEY A. BOONE
United States Magistrate Judge